IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE YOUNG,

        Petitioner,                      No. CIV S-06-2645 FCD KJM P

     vs.

ROBERT A. HOREL, Acting Warden,
et al.,

        Respondents.              FINDINGS & RECOMMENDATIONS

        By order filed November 22, 2006, petitioner was granted thirty days leave to file an amended application for writ of habeas corpus and an application to proceed in forma pauperis. The thirty day period has now expired and petitioner has not filed an amended habeas application, an application to proceed in forma pauperis or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Petitioner is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: January 19, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

7  1/mp
　　youn2645.ftafifphc